# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HOCK GOH, <br><br> Plaintiff, <br><br> v. <br><br> CROSS RECRUITING INC., <br><br> Defendant. | CASE NO. C20-172 RSM <br><br> ORDER DENYING STIPULATED PROTECTIVE ORDER |

This matter is before the Court on the parties' Stipulated Protective Order. Dkt. #8. The protective order purports to protect "testimony, information, documents, and tangible things produced or otherwise exchanged (including both materials exchanged as part of the formal discovery process, as well as information produced or exchanged by the parties informally in furtherance of settlement discussions or negotiations[)]." *Id.* at 2.

Under this Court's local civil rules, protective orders are not "to confer blanket protection on all disclosures or responses to discovery." LCR 26(c)(2). Rather, the protective order must be limited to "information or items that are entitled to confidential treatment under the applicable legal principles" and must "adequately and specifically describe[] the justification," where necessary. *Id.*

ORDER – 1

The Court finds the parties' designations to be overbroad in the absence of further justification. The Court accordingly finds and ORDERS that the Stipulated Protective Order (Dkt. #8) is DENIED. The Court's denial is without prejudice to the parties refiling a stipulated protective order consistent with the above rules or with adequate justification for the broad protections the parties seek.

Dated this 10 day of March, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE