THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOCK "CHRIS" GOH, individually,<br><br>Plaintiff,<br><br>v.<br><br>CROSS RECRUITING, INC., d/b/a CROSS RESOURCE GROUP, a Texas Corporation,<br><br>Defendant. | No.  2:20-cv-00172 RSM<br><br>ORDER APPROVING SETTLEMENT AND DISMISSAL OF COMPLAINT WITH PREJUDICE |

**ORDER APPROVING SETTLEMENT
AND DISMISSAL OF COMPLAINT WITH PREJUDICE**

THIS CAUSE came before the Court on the Joint Motion for Approval of Settlement and Dismissal of Complaint with Prejudice (the "Motion"), which was jointly submitted by Plaintiff Hock "Chris" Goh ("Goh") and Defendant Cross Recruiting, Inc. ("Cross").

The Court having reviewed the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, finds that the terms of the settlement are fair and reasonable and meet the standard set forth in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Accordingly, it is **ORDERED AND ADJUDGED** that the parties' Joint Motion for Approval of Settlement and Dismissal of Complaint with Prejudice is **GRANTED** and the above-

ORDER APPROVING SETTLEMENT AND DISMISSAL OF
COMPLAINT WITH PREJUDICE - 1
(Case No. 2:20-cv-00172 RSM)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

captioned case is hereby **DISMISSED WITH PREJUDICE** without a separate award of costs or attorneys' fees to any party.  The Clerk of the Court shall **CLOSE** this case.

DATED this 29th day of April, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Jointly Presented by:

| PIVOTAL LAW GROUP, PLLC | JACKSON LEWIS P.C. |
|---|---|
| /s/ Mark B. Shepherd | /s/ Peter H. Nohle |
| Mark B. Shepherd, WSBA #13642 | Peter H. Nohle, WSBA #35849 |
| 1200 5th Avenue, Suite 1217 | Jonathan M. Minear, WSBA #41377 |
| Seattle, WA 98101 | 520 Pike Street, Suite 2300 |
| Telephone:  206-340-2008 | Seattle, WA  98101 |
| Fax:  206-340-1962 | Telephone:  206-405-0404 |
| mshepherd@pivotallawgroup.com | Fax:  206-405-4450 |
| Attorneys for Plaintiff | peter.nohle@jacksonlewis.com |
|  | jonathan.minear@jacksonlewis.com |
|  | Attorneys for Defendant |

ORDER APPROVING SETTLEMENT AND DISMISSAL OF COMPLAINT WITH PREJUDICE - 2
(Case No. 2:20-cv-00172 RSM)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404